IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CEDRIC KING                                                                                         PLAINTIFF

v.                                                                                         No. 4:06CV77-P-A

CORRECTIONS CORPORATION
OF AMERICA, ET AL.                                                                       DEFENDANTS

## JUDGMENT

In accordance with the memorandum opinion issued today in this cause:

1. The **DEADLINE** for the plaintiff to submit an amended complaint setting forth the time, place, and facts surrounding his claims is *August 10, 2006*. Should the plaintiff fail to meet this deadline, this case shall be dismissed for failure to state a claim upon which relief could be granted.

2. The plaintiff's claims filed on behalf of other inmates in this case are hereby **DISMISSED**.

3. The plaintiff's claims of injunctive relief regarding the general conditions of his confinement are hereby **DISMISSED** from this case. The plaintiff may contact class counsel in *Gates v. Collier*, No. 4:71CV-6-JAD, to have his claims addressed in that suit at the following address: Ronald Reid Welch, Esq., plaintiff class attorney, P. O. Box 4589, Jackson, Mississippi 39216.

**SO ORDERED,** this the 24th day of July, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE