IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CEDRIC KING**     **PLAINTIFF**

v.     No. 4:06CV77-P-A

**CORRECTIONS CORPORATION
OF AMERICA, ET AL.**     **DEFENDANTS**

**FINAL JUDGMENT**

This court issued a memorandum opinion in this cause on July 31, 2006, and an accompanying judgment. Among the other issues discussed in the memorandum opinion was the fact that the plaintiff did not provide any facts to support the conclusory allegations in his complaint. Indeed, he did not even set forth the approximate dates of the alleged occurrences. As such, the court set a deadline of August 10, 2006, for the plaintiff to submit an amended complaint "setting forth the time, place, and facts surrounding his claims." The court admonished the plaintiff that should he "fail to meet this deadline, this case shall be dismissed for failure to state a claim upon which relief could be granted." The plaintiff acknowledged receipt of the court's memorandum opinion and judgment on August 3, 2006. The deadline expired well over a month ago, and the plaintiff has not submitted an amended complaint, as required. As such, the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

       **SO ORDERED,** this the 2nd day of October, 2006.

                                               /s/ W. Allen Pepper, Jr.
                                               W. ALLEN PEPPER, JR.
                                               UNITED STATES DISTRICT JUDGE